| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **72nd & Columbus Restaurant LLC** |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **d/b/a Harvest Kitchen** |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3513044** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**269 Columbus Ave**<br>**New York, NY 10023**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **72nd & Columbus Restaurant LLC**                                      Case number (*if known*) _____
          Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **72nd & Columbus Restaurant LLC**                                    Case number *(if known)* _____
_____ Name

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **520 Columbus Ave Ltd** | Relationship | **Affiliate** |
| District | **SDNY** | When **5/16/25** | Case number, if known |

**11.**  **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.**  **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.**  **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.**  **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **72nd & Columbus Restaurant LLC**
_____    Case number (*if known*) _____
Name

| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **72nd & Columbus Restaurant LLC** | | Case number (*if known*) | |
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2025**
MM / DD / YYYY

**X** **/s/ Jeremy Wladis**                          **Jeremy Wladis**
Signature of authorized representative of debtor          Printed name

Title    **Managing Memberr**

**18. Signature of attorney**

**X** **/s/ Lawerence F. Morrison**          Date    **May 14, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Lawerence F. Morrison**
Printed name

**Morrison Tenenbaum PLLC**
Firm name

**87 Walker Street, Floor 2**
**New York**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 620-0938**          Email address    **lmorrison@m-t-law.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **72nd & Columbus Restaurant LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2025**          X **/s/ Jeremy Wladis**
                                          Signature of individual signing on behalf of debtor

                                          **Jeremy Wladis**
                                          Printed name

                                          **Managing Memberr**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **72nd & Columbus Restaurant LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andrews Mechanical<br>2727 N Madelia St. Unit 8<br>Spokane, WA 99207 | | | | | | $5,009.91 |
| Attune<br>60 Broad St<br>New York, NY 10004 | | | | | | $44,602.58 |
| Bekinder<br>18280 Rolling Meadow Way<br>Olney, MD 20832 | | | | | | $4,900.00 |
| BLDG Mgmt Co. Inc.<br>417 5th Av<br>New York, NY 10016 | | | | | | $81,336.09 |
| Capital One<br>301 W 125th St<br>New York, NY 10027 | | | | | | $20,000.00 |
| ConEdison<br>PO Box 1702<br>New York, NY 10116 | | | | | | $99,079.64 |
| David Turner Architect, P.C.<br>366 W 30th St.<br>New York, NY 10001 | | | | | | $4,000.00 |
| Driscoll Foods<br>6 Westbelt<br>Wayne, NJ 07470 | | | | | | $225,180.29 |
| Faup Farms<br>517 East 83rd Street<br>New York, NY 10028 | | | | | | $142,000.00 |
| Hall PR LLC<br>150 W 28th St 10th Floor<br>New York, NY 10001 | | | | | | $14,000.00 |

Debtor    **72nd & Columbus Restaurant LLC**                            Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **HD Welding & Construction LLC 642 E 88th St. Brooklyn, NY 11236** | | | | | | **$7,000.00** |
| **Hilb Group 101 Eisenhower Parkway Roseland, NJ 07068** | | | | | | **$6,626.46** |
| **Kay Waterproofing Corp. 211 E 123rd St New York, NY 10035** | | | | | | **$14,700.14** |
| **Larry Silberman 146 East 37th Street New York, NY 10016** | | | | | | **$5,000.00** |
| **North East Linen Supply PO Box 4110 Woburn, MA 01888** | | | | | | **$7,535.51** |
| **Payless Signs LLC 98 North Wantah Ave Levittown, NY 11756** | | | | | | **$4,371.00** |
| **Ply Designs 3123 Clark Street Charlotte, NC 28205** | | | | | | **$142,000.00** |
| **Seated** | | | | | | **$10,000.00** |
| **United Healthcare 1 Pennsylvania Plaza #8 New York, NY 10119** | | | | | | **$29,609.91** |
| **Wladis Management 500 W. 111 St. New York, NY 10025** | | | | | | **$350,000.00** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **72nd & Columbus Restaurant LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,009.91** |
| --- | --- | --- | --- |
| | **Andrews Mechanical** | ☐ Contingent | |
| | **2727 N Madelia St. Unit 8** | ☐ Unliquidated | |
| | **Spokane, WA 99207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.70** |
| --- | --- | --- | --- |
| | **Anheuser Busch** | ☐ Contingent | |
| | **550 Food Center Drive** | ☐ Unliquidated | |
| | **Bronx, NY 10474** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,602.58** |
| --- | --- | --- | --- |
| | **Attune** | ☐ Contingent | |
| | **60 Broad St** | ☐ Unliquidated | |
| | **New York, NY 10004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,900.00** |
| --- | --- | --- | --- |
| | **Bekinder** | ☐ Contingent | |
| | **18280 Rolling Meadow Way** | ☐ Unliquidated | |
| | **Olney, MD 20832** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **72nd & Columbus Restaurant LLC**                                   Case number (if known) _____
          Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$640.00** |
|---|---|---|---|

**Best Pest**
**29 Colon Ave**
**Staten Island, NY 10308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81,336.09** |
|---|---|---|---|

**BLDG Mgmt Co. Inc.**
**417 5th Av**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bond, Schoeneck & King**
**One Lincoln Center**
**Syracuse, NY 13202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00** |
|---|---|---|---|

**C2 Computer Repair LLC**
**260 Audubon Avenue, Apt. 3D**
**New York, NY 10033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Capital One**
**301 W 125th St**
**New York, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$687.32** |
|---|---|---|---|

**Cavalier Chemical**
**29 Thompkins Rd**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,470.91** |
|---|---|---|---|

**Century Waste Services, LLC**
**623 Dowd Ave**
**Elizabeth, NJ 07201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **72nd & Columbus Restaurant LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,761.22 |
|---|---|---|---|

**Classic Recycling**
**409 River Rd.**
**Clifton, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99,079.64 |
|---|---|---|---|

**ConEdison**
**PO Box 1702**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**David Turner Architect, P.C.**
**366 W 30th St.**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,476.91 |
|---|---|---|---|

**Done Right**
**3174 Liberty Ave**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225,180.29 |
|---|---|---|---|

**Driscoll Foods**
**6 Westbelt**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,352.20 |
|---|---|---|---|

**Empire Merchants**
**16 Bridewater St**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $142,000.00 |
|---|---|---|---|

**Faup Farms**
**517 East 83rd Street**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **72nd & Columbus Restaurant LLC**                          Case number (if known) _____
       Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Hall PR LLC**
**150 W 28th St 10th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**HD Welding & Construction LLC**
**642 E 88th St.**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,626.46 |
|---|---|---|---|

**Hilb Group**
**101 Eisenhower Parkway**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
**Central Insolvency Unit**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.55 |
|---|---|---|---|

**Joyce Beer**
**36 Mountainview Ave**
**Ardsley, NY 10502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,700.14 |
|---|---|---|---|

**Kay Waterproofing Corp.**
**211 E 123rd St**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.85 |
|---|---|---|---|

**Kobrick Coffee**
**693 Luis Marin Blvd.**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **72nd & Columbus Restaurant LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| **3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Larry Silberman**
**146 East 37th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Mira Kaplan**
**44 Kidder Ave**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,535.51** |
|---|---|---|---|

**North East Linen Supply**
**PO Box 4110**
**Woburn, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,674.50** |
|---|---|---|---|

**NYS Workers Compensation**
**PO Box 55296**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,136.66** |
|---|---|---|---|

**Open Table**
**PO Box 390913**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,371.00** |
|---|---|---|---|

**Payless Signs LLC**
**98 North Wantah Ave**
**Levittown, NY 11756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,000.00** |
|---|---|---|---|

**Ply Designs**
**3123 Clark Street**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **72nd & Columbus Restaurant LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,630.00** |
|---|---|---|---|

**Quintessential Wines LLC**
**16 E 40th Street Suite 1002**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238.90** |
|---|---|---|---|

**RCN Astoud**
**33-16 Woodside Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,407.85** |
|---|---|---|---|

**RNDC - Opici**
**570 Lexington Ave.**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Rogoff & Company, P.C.**
**355 Lexington Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Sarah Eby**
**330 E 63rd St #2B**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Seated**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$878.73** |
|---|---|---|---|

**Southern Glazer's**
**PO Box 3143**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **72nd & Columbus Restaurant LLC**                                  Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.79 |

**Spectrum Business**
**PO Box 742663**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,214.00 |

**Sullivan County Farms**
**PO Box 480**
**Smallwood, NY 12778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.49 |

**Union Beer**
**1213-17 Grand St**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,609.91 |

**United Healthcare**
**1 Pennsylvania Plaza #8**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |

**Wladis Management**
**500 W. 111 St.**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,242,279.11 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,242,279.11 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **72nd & Columbus Restaurant LLC**                               Case No. _____
                                            Debtor(s)              Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **per court order** |

2.   The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 13, 2025**
*Date*

/s/ Lawrence F. Morrison
**Lawerence F. Morrison**
*Signature of Attorney*
**Morrison Tenenbaum PLLC**
**87 Walker Street, Floor 2**
**New York**
**New York, NY 10013**
**(212) 620-0938   Fax: (646) 998-1972**
**lmorrison@m-t-law.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re   **72nd & Columbus Restaurant LLC** _____   Case No. _____
_____   Chapter   **11** _____
Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan Meyer** | | **0.82%** | |
| **Andrew Bogart** | | **1.64%** | |
| **Bryan Wycliff** | | **2.27%** | |
| **Chris Cuomo** | | **1.64%** | |
| **Daniel Karp** | | **0.82%** | |
| **Elliott Rogoff** | | **0.82%** | |
| **Hanko LLC** | | **2.27%** | |
| **Jeremy Wladis** | | **0.131%** | |
| **John McNiff** | | **1.64%** | |
| **John Stossel** | | **0.82%** | |
| **Jonathan Zhukovsky** | | **3.29%** | |
| **Joseph Gravier** | | **0.82%** | |
| **Justmo Ventures II** | | **2.5%** | |
| **Ken Palumbo** | | **3.29%** | |

Sheet 1 of 2 in List of Equity Security Holders

In re:    **72nd & Columbus Restaurant LLC** _____    Case No. _____

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neil Bathia** | | **0.82%** | |
| **Phil Fraccola** | | **2.27%** | |
| **Ronit Schwartz** | | **1.31%** | |
| **Sandy Montag** | | **0.82%** | |
| **Scott Eberman** | | **1.45%** | |
| **Spencer Rothschild** | | **1.25%** | |
| **Steve Katz** | | **0.82%** | |
| **William O'Leary** | | **2.89%** | |
| **Wlvadis Mangement Inc.** | | **64.42%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Memberr** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 14, 2025** _____          Signature   **/s/ Jeremy Wladis**
                                                                **Jeremy Wladis**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
### Southern District of New York

In re   **72nd & Columbus Restaurant LLC**                                    Case No. _____

                                              Debtor(s)          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Memberr of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **May 14, 2025** _____          **/s/ Jeremy Wladis** _____

                                              **Jeremy Wladis**/**Managing Memberr**
                                              Signer/Title

ANDREWS MECHANICAL
2727 N MADELIA ST. UNIT 8
SPOKANE, WA 99207

ANHEUSER BUSCH
550 FOOD CENTER DRIVE
BRONX, NY 10474

ATTUNE
60 BROAD ST
NEW YORK, NY 10004

BEKINDER
18280 ROLLING MEADOW WAY
OLNEY, MD 20832

BEST PEST
29 COLON AVE
STATEN ISLAND, NY 10308

BLDG MGMT CO. INC.
417 5TH AV
NEW YORK, NY 10016

BOND, SCHOENECK & KING
ONE LINCOLN CENTER
SYRACUSE, NY 13202

C2 COMPUTER REPAIR LLC
260 AUDUBON AVENUE, APT. 3D
NEW YORK, NY 10033

CAPITAL ONE
301 W 125TH ST
NEW YORK, NY 10027

CAVALIER CHEMICAL
29 THOMPKINS RD
SCARSDALE, NY 10583

CENTURY WASTE SERVICES, LLC
623 DOWD AVE
ELIZABETH, NJ 07201

CLASSIC RECYCLING
409 RIVER RD.
CLIFTON, NJ 07014


CONEDISON
PO BOX 1702
NEW YORK, NY 10116


DAVID TURNER ARCHITECT, P.C.
366 W 30TH ST.
NEW YORK, NY 10001


DONE RIGHT
3174 LIBERTY AVE
BROOKLYN, NY 11207


DRISCOLL FOODS
6 WESTBELT
WAYNE, NJ 07470


EMPIRE MERCHANTS
16 BRIDEWATER ST
BROOKLYN, NY 11222


FAUP FARMS
517 EAST 83RD STREET
NEW YORK, NY 10028


HALL PR LLC
150 W 28TH ST 10TH FLOOR
NEW YORK, NY 10001


HD WELDING & CONSTRUCTION LLC
642 E 88TH ST.
BROOKLYN, NY 11236


HILB GROUP
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068


INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY UNIT
PO BOX 7346
PHILADELPHIA, PA 19101

JOYCE BEER
36 MOUNTAINVIEW AVE
ARDSLEY, NY 10502


KAY WATERPROOFING CORP.
211 E 123RD ST
NEW YORK, NY 10035


KOBRICK COFFEE
693 LUIS MARIN BLVD.
JERSEY CITY, NJ 07310


LARRY SILBERMAN
146 EAST 37TH STREET
NEW YORK, NY 10016


MIRA KAPLAN
44 KIDDER AVE
SOMERVILLE, MA 02144


NORTH EAST LINEN SUPPLY
PO BOX 4110
WOBURN, MA 01888


NYS WORKERS COMPENSATION
PO BOX 55296
BINGHAMTON, NY 13902


OPEN TABLE
PO BOX 390913
MINNEAPOLIS, MN 55439


PAYLESS SIGNS LLC
98 NORTH WANTAH AVE
LEVITTOWN, NY 11756


PLY DESIGNS
3123 CLARK STREET
CHARLOTTE, NC 28205


QUINTESSENTIAL WINES LLC
16 E 40TH STREET SUITE 1002
NEW YORK, NY 10016

RCN ASTOUD
33-16 WOODSIDE AVE
LONG ISLAND CITY, NY 11101


RNDC - OPICI
570 LEXINGTON AVE.
NEW YORK, NY 10022


ROGOFF & COMPANY, P.C.
355 LEXINGTON AVENUE
NEW YORK, NY 10017


SARAH EBY
330 E 63RD ST #2B
NEW YORK, NY 10065


SEATED


SOUTHERN GLAZER'S
PO BOX 3143
HICKSVILLE, NY 11802


SPECTRUM BUSINESS
PO BOX 742663
CINCINNATI, OH 45274


SULLIVAN COUNTY FARMS
PO BOX 480
SMALLWOOD, NY 12778


UNION BEER
1213-17 GRAND ST
BROOKLYN, NY 11211


UNITED HEALTHCARE
1 PENNSYLVANIA PLAZA #8
NEW YORK, NY 10119


WLADIS MANAGEMENT
500 W. 111 ST.
NEW YORK, NY 10025

# United States Bankruptcy Court
### Southern District of New York

In re __72nd & Columbus Restaurant LLC__       Case No. _____

                                 Debtor(s)       Chapter    __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __72nd & Columbus Restaurant LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 14, 2025__ _____       **/s/ Lawerence F. Morrison** _____
Date                                  **Lawerence F. Morrison**
                                     Signature of Attorney or Litigant
                                     Counsel for    **72nd & Columbus Restaurant LLC** _____
                                     **Morrison Tenenbaum PLLC**
                                     **87 Walker Street, Floor 2**
                                     **New York**
                                     **New York, NY 10013**
                                     **(212) 620-0938 Fax:(646) 998-1972**
                                     **lmorrison@m-t-law.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

72ND & COLUMBUS RESTAURANT LLC
d/b/a HARVEST KITCHEN,

                              Debtor.
------------------------------------------------------------------X

Chapter 11

Case No. 25-_____ (     )

## <u>CORPORATE RESOLUTION</u>

At the meeting of the members of 72nd & Columbus Restaurant LLC (the "Company") a New York limited liability company, it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jeremy Wladis, Managing Member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jeremy Wladis, Managing Member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that that Jeremy Wladis, Managing Member of the Company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case

Dated: New York, New York
       May 14, 2025

                              By:___Jeremy Wladis_____
                                    Jeremy Wladis, Managing Member